

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Jackielyn Clemente, DEFENDANT(S). | CASE NUMBER 12-885M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __4/17/12__, at __9:30__ ☒a.m. / ☐p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.
312 N. Spring St. LA, CA. 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/11/12__

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97) Page 1 of 1